# United States District Court
# District of Massachusetts

RICARDO M. BARBOSA,
        Plaintiff,

                                  C.A. No. 10-10024-RBC

        v.

MICHAEL G. BELLOTTI, ET AL.,
        Defendants.

## ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION

COLLINGS, M.J.

On January 8, 2010, plaintiff Ricardo M. Barbosa ("Barbosa"), a prisoner in custody at the Plymouth County Correctional Facility in Plymouth, Massachusetts, filed a *pro se* civil rights Complaint (Docket No. 1) along with a Motion for Leave to Proceed *in forma pauperis* (Docket No. 2).

On January 11, 2010, a Procedural Order (Docket No. 4) issued denying the *in forma pauperis* motion as defective, and directing Barbosa either to pay the filing fee or to file an application for leave to proceed *in forma pauperis* within 21 days.

Thereafter, on January 15, 2010, Barbosa filed an Amended Complaint

(Docket No. 7), and days later, on January 19, 2010, he filed a renewed *in forma pauperis* motion (Docket No. 5).

On January 25, 2010, this Court issued a Memorandum and Order (Docket No. 8) denying the renewed *in forma pauperis* motion without prejudice to renew provided he submit a certified prison account statement as required by 28 U.S.C. § 1915(a).

On February 11, 2010, Barbosa sent a Letter (Docket No. 9) to the Court indicating that in light of the denial of his prior *in forma pauperis* motions, he intended to pay the filing fee.[1]  On March 22, 2010, an Electronic Order entered directing Barbosa to pay the filing fee within 21 days.

## DISCUSSION

To date, Barbosa has failed to comply with the directives of this Court with respect to the filing fee, and the time period for doing so has expired. Barbosa has not sought an extension of time for compliance, nor has he filed a renewed *in forma pauperis* request comporting with the requirements of 28 U.S.C. § 1915(a).

## CONCLUSION

In light of the above, this Court directs that this action be RE-ASSIGNED

---

[1]Barbosa also indicated that he consented to proceed before a United States Magistrate Judge, but failed to submit the Consent form previously sent to him.  On February 22, 2010, a second Consent Package was sent to Barbosa.  To date, no Consent form has been executed and returned to the Court.

to a District Judge for further proceedings. Additionally, this Court RECOMMENDS to the District Judge to whom the case is re-assigned, that this action be DISMISSED *sua sponte* for failure to comply with the Court's directives contained in the Electronic Order of February 22, 2010 and for failure to satisfy the filing fee requirements of this Court.[2]

Barbosa is hereby advised, pursuant to Rule 72, Fed. R. Civ. P., that if he objects to this recommendation, he must file specific written objections thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. Barbosa is further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir.1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir.1986); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir.1982); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir.1980); see also Thomas v. Arn, 474 U.S. 140

---

[2]No preliminary screening of this action was conducted pursuant to 28 U.S.C. § 1915 pending resolution of the filing fee issues in this case. A preliminary screening of this action pursuant to 28 U.S.C. § 1915A was deferred pending resolution of the fee issues.

(1985).

SO ORDERED.

ROBERT B. COLLINGS
United States Magistrate Judge

DATED:

MAR 1 9 2010